UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**

MAR 2 6 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. _26-47-CHB_

UNITED STATES OF AMERICA                    PLAINTIFF

V.                    **NOTICE BY UNITED STATES
REGARDING RELATED PROSECUTIONS**

BRANDY MEADOWS                    DEFENDANT

\* \* \* \* \*

This criminal action is related to *United States v. Bryce May*, London Criminal

Action No. 6:26-CR-00044-CHB-1, which was assigned to Judge Claria Horn Boom.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

By: _____

Gregory Rosenberg
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, Kentucky 40741
(859) 285-7306
Gregory.Rosenberg2@usdoj.gov